JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOUGH, an individual, | CV 22-2755 PA (JEMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| COREY LARGE, an individual, 308 ENTERPRISES, INC., a British Columbia corporation, DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's August 5, 2022 Minute Order granting defendants Corey Large and 308 Enterprises, Inc.'s Motion to Compel Arbitration,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.


DATED: August 5, 2022                  _____
                                                                Percy Anderson
                                                  UNITED STATES DISTRICT JUDGE